UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-429(DSD/JMM)

Walter O. Singh,

Plaintiff,

v.

**ORDER OF REFERENCE**

Indrini Hanuman,

Defendant.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendant's motion to dismiss. Such motion shall be noticed for hearing before Magistrate Judge John M. Mason.

Dated: March 20, 2001

David S. Doty, Judge
United States District Court

FILED 3-20-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ______