UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Walter O. Singh,

Plaintiff,

vs.

Indrani Hanuman,

Defendant.

Civil Action No. 01-CV-429 DSD/JMM

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the identified parties through their respective attorneys of record, that the above-entitled action may be dismissed without prejudice or costs to any party. Any party may forthwith and without notice to any other party apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal without prejudice be made on plaintiff's claim.

Date: April 23, 2001

**LUNDQUIST LAW OFFICES**
**A Professional Association**

By: ______________________
James P. Young (17077X)
1012 Grain Exchange Building
400 South Fourth Street
Minneapolis, Minnesota 55415
(612) 332-0351

Attorneys for Plaintiff

Dated: ~~April~~ May 11, 2001

**Law Offices of Michael J. Weidner**

By: ______________________
Michael J. Weidner (191371)
850 Burnsville Parkway
Suite 400
Burnsville, Minnesota 55337
(952) 808.5566

Attorneys for Defendant

FILED 12-13-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 12-13-01
DEPUTY CLERK SR

## ORDER FOR JUDGMENT

Upon the foregoing stipulation, IT IS HEREBY ORDERED that the clerk of this court is hereby ordered and directed to enter forthwith judgment dismissing the above-entitled action, including all claims, without prejudice, and without costs and disbursements to any party.

Dated: 12/12, 2001

~~The Honorable John M. Mason~~
~~Judge Magistrate of~~ District Court
U.S.D.C.

LET JUDGMENT BE ENTERED ACCORDINGLY.

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

| | | |
|---|---|---|
| 700 Federal Building<br>316 North Robert Street<br>St. Paul, MN 55101<br>(651) 848-1100 | 202 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>(612) 664-5000 | 417 U. S. Courthouse<br>515 West First Street<br>Duluth, MN 55802<br>(218) 529-3500 |